| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| BRIAN DUNNE SBN 275689<br>BATHAEE DUNNE LLP<br>445 Park Ave Fl 9<br>New York, NY 10022<br>ATTORNEY FOR Plaintiff | (917) 374-2195 | |
| NORTHERN DISTRICT, SAN JOSE<br>280 S First St<br>San Jose, CA 95113 | | |
| SHORT TITLE OF CASE:<br>BAUER, ADAM v. LINKEDIN CORPORATION | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>20-CV-04599-SVK |
| Declaration of Service | | Ref. No. or File No:<br>N/A |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

SUMMONS; JOINT CASE MANAGEMENT STATEMENT &amp; PROPOSED ORDER; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

On: **LINKEDIN CORPORATION**

I served the summons at:

**2710 Gateway Oaks Dr # 150   Sacramento, CA 95833**

On: 7/14/2020        Date:  01:42 PM

In the above mentioned action  by personally serving to and leaving with
**Kaitlyn Manniz   -  Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Michael Lynn Henry**
  b. Address: **871 Coleman Avenue #102, San Jose, CA 95110**
  c. Telephone number: **408-295-3300**
  d. **The fee** for this service was: **240.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Michael Lynn Henry                                    Date: 07/14/2020