```
COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
LILIA R. LOPEZ (299230)
(llopez@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BAUER, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　　　Defendant. | Case No. 5:20-cv-04599-SVK<br><br>**NOTICE OF APPEARANCE OF MATTHEW D. BROWN AS COUNSEL FOR DEFENDANT LINKEDIN CORPORATION** |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD**:

Defendant LinkedIn Corporation ("LinkedIn") notifies the court and all parties that Matthew D. Brown of the law firm of Cooley LLP hereby appears as LinkedIn's counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone number, facsimile number and e-mail address are as follows:

| | |
|---|---|
| 1 | Matthew D. Brown |
| 2 | Cooley LLP |
| | 101 California Street, 5th Floor |
| 3 | San Francisco, CA  94111-5800 |
| | Telephone:   (415) 693-2000 |
| 4 | Facsimile:    (415) 693-2222 |
| | E-mail:        brownmd@cooley.com |

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: August 3, 2020                                          COOLEY LLP

By:   /s/ Matthew D. Brown
Matthew D. Brown

Attorneys for Defendant
LINKEDIN CORPORATION

231073729 v1