```
COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
LILIA R. LOPEZ (299230)
(llopez@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BAUER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:20-cv-04599-SVK<br><br>**DEFENDANT LINKEDIN CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LINKEDIN'S DISCLOSURE STMT. AND CERT.
OF INTERESTED ENTITIES OR PERSONS
(NO. 5:20-CV-04599-SVK)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendant LinkedIn Corporation ("LinkedIn") hereby files its corporate disclosure statement and certification of interested entities or persons.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- LinkedIn is a wholly owned subsidiary of Microsoft Corporation ("Microsoft"). Microsoft is a publicly traded company. No person or entity owns more than 10 percent of Microsoft's outstanding common stock.

- The individuals currently serving on Microsoft's Board of Directors are: John W. Thompson; Reid Hoffman; Hugh Johnston; Teri L. List-Stoll; Satya Nadella; Sandra E. Peterson; Penny Pritzker; Charles W. Scharf; Arne Sorenson; John W. Stanton; Emma Walmsley; and Padmasree Warrior.

- As of this date, LinkedIn is unaware of any person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of the proceeding.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 3, 2020                             COOLEY LLP

                                                  By:  /s/ Matthew D. Brown
                                                       Matthew D. Brown

                                                  Attorneys for Defendant
                                                  LINKEDIN CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

231080363

2

LINKEDIN'S DISCLOSURE STMT. AND CERT.
OF INTERESTED ENTITIES OR PERSONS
(CASE NO. 5:20-CV-04599-SVK)