COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
LILIA R. LOPEZ (299230)
(llopez@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BAUER, on behalf of himself and all others similarly situated,<br><br>                   Plaintiff,<br><br>        v.<br><br>LINKEDIN CORPORATION,<br><br>                   Defendant. | Case No. 5:20-cv-04599-SVK<br><br>**STIPULATION EXTENDING DEFENDANT LINKEDIN CORPORATION'S TIME TO RESPOND TO THE COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING LINKEDIN'S TIME
TO RESPOND TO THE COMPLAINT
(NO. 5:20-CV-04599-SVK)

Pursuant to Civil Local Rule 6-1(a), Plaintiff Adam Bauer ("Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 10, 2020, Plaintiff Adam Bauer ("Plaintiff") filed a class action complaint against LinkedIn Corporation ("LinkedIn") in U.S. District Court for the Northern District of California (Dkt. No. 1) (the "Complaint");

WHEREAS, on July 14, 2020, Plaintiff served the Complaint on LinkedIn;

WHEREAS, Plaintiff has agreed to extend the last day by which LinkedIn may answer, move, or otherwise respond to the Complaint to September 3, 2020;

WHEREAS, the extension of LinkedIn's time to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the last day by which LinkedIn may answer, move, or otherwise respond to the Complaint to September 3, 2020.

Dated: August 3, 2020                         COOLEY LLP

                                              By:      /s/ Matthew D. Brown
                                                       Matthew D. Brown

                                              Attorneys for Defendant
                                              LINKEDIN CORPORATION


Dated: August 3, 2020                         BATHAEE DUNNE LLP

                                              By:      /s/ Brian J. Dunne
                                                       Brian J. Dunne

                                              Attorneys for Plaintiff
                                              ADAM BAUER

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION EXTENDING LINKEDIN'S TIME
TO RESPOND TO THE COMPLAINT
(NO. 5:20-CV-04599-SVK)

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: August 3, 2020

COOLEY LLP

By: /s/ Matthew D. Brown
Matthew D. Brown

Attorneys for Defendant
LINKEDIN CORPORATION

231086374

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION EXTENDING LINKEDIN'S TIME
TO RESPOND TO THE COMPLAINT
(NO. 5:20-CV-04599-SVK)