Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
**BATHAEE DUNNE LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 462-2772

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman[*] (NY 4196390)
egrauman@bathaeedunne.com
Andrew C. Wolinsky[*] (NY 4892196)
awolinsky@bathaeedunne.com
**BATHAEE DUNNE LLP**
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (332) 205-7668

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Bauer, on behalf of himself and all others similarly situated, | Case No. 20-cv-04599-SVK |
| *Plaintiffs*, | **Notice of Voluntary Dismissal** |
| vs. | |
| LinkedIn Corporation, | |
| *Defendant.* | |

[*] *Pro hac vice* to be sought.

Class Action Complaint - No. 20-cv-04599-SVK

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Adam Bauer hereby dismisses this action in its entirety.

Dated:  August 6, 2020

Respectfully submitted,

/s/ Brian J. Dunne
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
**BATHAEE DUNNE LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 462-2772

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Edward M. Grauman[*] (NY 4196390)
egrauman@bathaeedunne.com
Andrew C. Wolinsky[*] (NY 4892196)
awolinsky@bathaeedunne.com
**BATHAEE DUNNE LLP**
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: 332 205-7668

*Attorneys for Plaintiffs*

---

[*] *Pro hac vice* to be sought.